# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

<div style="border:1px solid black">

## NOT  DESIGNATED  FOR  PUBLICATION

</div>

David J. Schexnaydre
Pajares & Schexnaydre
68031 Capital Trace Row
Mandeville LA 70471


REHEARING ACTION: August 12, 2009


**Docket Number: 09   00549-CW**

**MELODY MAXIM**
**VERSUS**
**PROGRESSIVE SECURITY INSURANCE**
**COMPANY, ET AL.**

**Writ Application from Rapides Parish Case No. 229,677**


**BEFORE JUDGES**:

   **Hon. Oswald A. Decuir**
   **Hon. Michael G. Sullivan**
   **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Progressive Security Insurance Co.** has this day been

   **DENIED.**


cc: Henry Howard Lemoine  Jr., Counsel for  the Respondent
    James Huey Gibson, Counsel for  the Respondent
    Burnice Gerald Weeks, Counsel for  the Respondent
    Charlotte C. Meade, Counsel for  the Respondent
    William E. Wright, Jr., Counsel for  the Respondent
    Charles Roger Moore, Counsel for the Applicant
    Patrick N. Broyles, Counsel for the Applicant